FILED
Jul 14 2021
11:09 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ soniad   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JARED MICHAEL HARNEY,<br><br>             Defendant. | Case No. '21 CR2082 JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 113(a)(6) and (a)(7) – Assault Within Maritime and Territorial Jurisdiction |

The grand jury charges:

Count 1

On or about November 5, 2019, within the Southern District of California, and within the special maritime and territorial jurisdiction of the United States, defendant JARED MICHAEL HARNEY, assaulted MV-1, which resulted in serious bodily injury to MV-1; in violation of Title 18, United States Code, Section 113(a)(6).

//
//
//
//

ALGR:LMC:nlv:San Diego:7/9/21

Count 2

On or about November 5, 2019, within the Southern District of California, and within the special maritime and territorial jurisdiction of the United States, defendant JARED MICHAEL HARNEY, assaulted MV-1, which resulted in substantial bodily injury to MV-1, who had not attained the age of sixteen years; in violation of Title 18, United States Code, Section 113(a)(7).

DATED: July 14, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
LYNOZIE CARTER
AMANDA L. GRIFFITH
Assistant U.S. Attorneys